IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIE S. LEE, III,

    Plaintiff,

vs.

JOHNNY SMITH; LARRY WAGNER; WILLIAM BROWN; and DONNY CARSWELL,

    Defendants.

CIVIL ACTION NO.: CV608-103

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Pre-answer Motion to Dismiss Plaintiff's Complaint is **DENIED**. Defendants shall file their answers and defenses to Plaintiff's Complaint within twenty-one (21) days of the date of this Order.

**SO ORDERED**, this 12th day of January, 2010.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)